United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JARED DE JESUS CERVANTES-LOPEZ, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00541 |
| | § | |
| WARDEN, El Valle Detention Center, *et al.*, | § | |
| *in their official capacities,* | § | |
| "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") and the "Magistrate Judge's Second Amended Report and Recommendation" (Dkt. No. 7) ("Second Amended R&R").

On June 26, 2026, the Magistrate Judge issued an initial Report and Recommendation recommending that this Court deny the Petition. *See* Dkt. No. 4 at 1. On July 10, 2026, in response to the Fifth Circuit's July 2, 2026, panel decision in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), the Magistrate Judge issued his first "Amended Report and Recommendation," recommending that this Court grant the Petition. Dkt. No. 5 at 1. Later that same day, however, the Fifth Circuit granted rehearing en banc in *Sosnava Rodriguez*, vacating the July 2, 2026, panel opinion and judgment. *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 2014647, at *1 (5th Cir. July 10, 2026). In light of that development, the Magistrate Judge issued this Second Amended R&R recommending that the Court (1) deny the Petition and (2) direct the Clerk of Court to close this case. Dkt. No. 7 at 1.

Objections to the Second Amended R&R were due August 5, 2026. No objections were filed to the Second Amended R&R, or either of the Magistrate Judge's earlier Reports and Recommendations. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Second Amended R&R (Dkt. No. 7) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the Clerk of Court is **DIRECTED** to close this case.

SIGNED this August 10, 2026

Rolando Olvera
United States District Judge